UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GACC, LLC d/b/a SHENANIGAN'S,

                Plaintiff,

- against -

BONWORTH, INC.,

                Defendant.

_____

BONWORTH, INC.,

                Plaintiff,

-against-

SML SPORT LLC, CHRISTOPHER DALPIAZ and KATHY DALPIAZ,

                Defendants.

**ORDER**

17 Civ. 2863 (PGG)
17 Civ. 6585 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a telephone conference in these related matters on **Thursday, April 22, 2021 at 10:30 a.m.**[1]

        The purpose of the conference is to discuss BonWorth, Inc.'s counsel's motion to withdraw.  (See 17 Civ. 2863, Dkt. No. 105; 17 Civ. 6585, Dkt. No. 66)  Opposing counsel need not appear on the April 22, 2021 call.  Both BonWorth, Inc. ("BonWorth") and BonWorth's counsel must be on the call.

---

[1] BonWorth's counsel and BonWorth are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The Court is holding multiple telephone conferences on April 22, 2021, and the parties should call in at the scheduled time and wait on the line for this case to be called.  At that time, the Court will un-mute their lines.  Two days before the conference, BonWorth's counsel must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that BonWorth's counsel and BonWorth will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

BonWorth's counsel is directed to provide a copy of this Order to BonWorth by overnight mail.

Dated: New York, New York
April 19, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge