UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GACC, LLC d/b/a SHENANIGAN'S,

            Plaintiff,

- against -

BONWORTH, INC.,

            Defendant.

_____

BONWORTH, INC.,

            Plaintiff,

-against-

SML SPORT LLC, CHRISTOPHER DALPIAZ and KATHY DALPIAZ,

            Defendants.

**ORDER**

17 Civ. 2863 (PGG)
17 Civ. 6585 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiff GACC, LLC and Defendants SML Sport LLC and Christopher and Kathy DalPiaz have moved for a default judgment against BonWorth, Inc. (Dkt. No. 109) GACC, LLC must first obtain a certificate of default from the Clerk of Court. GACC, LLC will do so by July 19, 2021. SML Sport LLC and Christopher and Kathy DalPiaz must re-style their motion for a default judgment as a motion to dismiss for failure to prosecute. The re-styled motion will be filed by July 19, 2021.

      The show-cause hearing currently scheduled for July 14, 2021, is adjourned <u>sine die</u>.

Dated: New York, New York
       July 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge