UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GACC, LLC d/b/a SHENANIGAN'S,

                          Plaintiff,

        - against -

BONWORTH, INC.,

                          Defendant.

_____

BONWORTH, INC.,

                          Plaintiff,

        -against-

SML SPORT LLC, CHRISTOPHER
DALPIAZ and KATHY DALPIAZ,

                          Defendants.

**ORDER**

17 Civ. 2863 (PGG)
17 Civ. 6585 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons discussed at today's hearing, BonWorth, Inc.'s remaining claims

and counterclaims in the above-captioned cases are dismissed for failure to prosecute.  The

motion to dismiss filed by the Defendants in <u>BonWorth, Inc. v. SML Sport</u>, 17 Civ. 6585 (SML

Dkt. No. 79) is granted.  The Clerk of Court will terminate the motion and close 17 Civ. 6585.

Dated:  New York, New York
        November 4, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge